IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-60466
Summary Calendar
_____

NELVIN ANDRES FUENTES-CAMPOS,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A77 609 450
--------------------
January 30, 2003

Before BARKSDALE, DEMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Nelvin Andres Fuentes-Campos ("Fuentes") petitions this court for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from the denial of his application for asylum. Fuentes argues that he suffered past persecution and fears future persecution on the basis of his membership in the particular social group comprised of family members of anti-narcotics law enforcement personnel. The BIA's finding that

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Fuentes' experiences in Guatemala in 1999 were not on account of a protected ground was based on the evidence before it and was substantially reasonable.  See Ontunez-Tursios v. Ashcroft, 303 F.3d 341, 350 (5th Cir. 2002).  Therefore, Fuentes' petition for review is DENIED.